STATE OF NEW JERSEY v. MITCHELL GREEN.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WINFIELD ANDERSON.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L.M.

January 17, 1989.

Petition for certification denied.   (See  229  N.J.Super.  88)

IN THE MATTER OF THE ALLEGATIONS OF VIOLATIONS OF
LAW AND RULE BY INTER COUNTY REFUSE SERVICE,
INC., AND LOUIS SPIEGEL, INDIVIDUALLY.

January 17, 1989.

The parties having stipulated to a dismissal of this matter, it
is ORDERED that the appeal is dismissed.   (See —— *N.J.* ——)